# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 27 PM 4: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

U.S.A. vs. Charles Leroy Brewer                              Docket No. 2:00CR20098-01

### Petition on Probation and Supervised Release

**COMES NOW** DAWN L. BROWN , PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Charles Leroy Brewer, who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN , on the 12th day of October ,2001, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the cost for such treatment not to exceed an amount determined reasonable by the Probation Officer.

* **Supervised Release began on February 13, 2004, in the District of South Carolina (Columbia)**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant shall not commit another Federal, state or local crime.**

On August 9, 2005, Charles Leroy Brewer was arrested by the Lexington County Sheriff's Department for Possession of Stolen Property. On August 24, 2005, Mr. Brewer was found guilty of this charge and sentenced to Time Served (one day). As a sanction, the Probation Office for the District of South Carolina (Columbia) has recommended that the defendant participate in a Larceny Program offered by Insights Behavioral Health and Services as directed by the Probation Officer. Mr. Brewer signed the attached Probation Form 49, (Waiver of Hearing to Modify Conditions of Probation/Supervised Release), agreeing to have his conditions of supervision modified to require him to participate in a Larceny Program as directed.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Brewer's supervision be modified requiring him to participate in a Larceny Program as directed by the Probation Office.

**ORDER OF COURT**

Considered and ordered 27th day of October , 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Dawn L. Brown
United States Probation Officer

Place: Memphis, Tn

Date: October 21, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-28-05



PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Western District of Tennessee

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) Participate in a larceny program as directed by the U.S. Probation Officer.


Witness: _____
David P. White
U.S. Probation Officer

Signed: _____
Charles Leroy Brewer
Probationer or Supervised Releasee

September 22, 2005
Date

(Form Revised in WP80 by D/SC-9/97)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:00-CR-20098 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT